# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1291
_____

ANDREW R. MOODY, Former
Husband/Father,

  Petitioner,

  v.

NATALIA YEVGENYEVNA MOODY
(n/k/a Natalia Yevgenyevna
Arrington), Former
Wife/Mother,

  Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


November 15, 2024


PER CURIAM.

  DISMISSED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andrew R. Moody, pro se, Petitioner.

No appearance for Respondent.